# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRADLEY STOUT, | : | |
| Plaintiff, | : | Case No. 3:05cv00023 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY INCARCERATION FACILITY, et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations (Doc. #7) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court **ORDERS** that:

1. The Report and Recommendations filed on July 11, 2005 (Doc. #7) is ADOPTED in full;

2. Plaintiff Bradley Stout's Compliant is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. The case is terminated on the docket of this Court.

August 2, 2005                                    s/**THOMAS M. ROSE**

                                                 Thomas M. Rose
                                                 United States District Judge